No. 99–6591.  CALDWELL v. PHILLIPS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 99–6594.  AUCHMUTY v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 99–6595.  SINGLETON v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  Sup. Ct. Ark.  Certiorari denied.

No. 99–6596.  PARKER v. NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 99–6598.  RHINE v. BOONE, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 99–6610.  WOODRESS v. WOODRESS ET AL.  C. A. 7th Cir. Certiorari denied.

No. 99–6616.  MULDOON v. DOME SHEET METAL, INC., ET AL. Sup. Jud. Ct. Mass.  Certiorari denied.

No. 99–6621.  COOPER v. NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 99–6622.  ROBERTS v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 99–6634.  PHILLIPS v. GARRISON ET AL.  C. A. 11th Cir. Certiorari denied.

No. 99–6644.  TRAVIS v. PRUNTY, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–6646.  YOUNG v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–6648.  WAMRE v. NORTH DAKOTA; and
No. 99–6649.  WAMRE v. NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.  Reported below: 599 N. W. 2d 268.

No. 99–6659.  WINSLOW v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.